```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

Square Box Realty LLC ,

                         Plaintiff,          CV-08-0954 (CPS)

         - against -                         ORDER OF
                                             DISCONTINUANCE
Illinois Union Insurance Company,

                         Defendant.

-----------------------------------------X
```

It having been reported to the Court that the above action has been settled, it is hereby

ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action within 60 days if the settlement is not consummated.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          September 28, 2009
                                        s/Hon. Charles P. Sifton
                                        _____
                                        United States District Judge